UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:08-MJ-1011 |
| V. ) | (SHIRLEY) |
| ) | |
| ) | |
| LARRY W. SHIPE, JR. ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

An initial appearance on Complaint was held in this case on January 16, 2009. Tracy Stone, Assistant United States Attorney, was present representing the government, and Dennis Francis was present representing the defendant. The defendant's attorney requested a preliminary hearing and a detention hearing. Upon motion of the government for detention stating he is a risk of flight and a danger and safety of the community pursuant to 18 U.S.C. Section 3142, it is ordered that a detention hearing be scheduled. Therefore, a preliminary hearing and detention hearing or arraignment is scheduled for **Friday, January 23, 2009,** at **1:30 p.m.**

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)   Defendant be detained.;

(2)   Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to

  the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

IT IS SO ORDERED.

      ENTERED:

       <u>s/ C. Clifford Shirley, Jr.</u>
       United States Magistrate Judge